UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PERRIELIN SESSIONS

      Plaintiff,

    v.

SOLANO COUNTY HEALTH AND
SOCIAL SERVICES, et. al.,

      Defendants.

No.  2:25-cv-2936-DAD-CKD (PS)

ORDER VACATING FINDINGS AND
RECOMMENDATIONS

Plaintiff Perrielin Sessions proceeds without counsel and seeks to proceed in forma pauperis ("IFP"). On December 16, 2025, the undersigned recommended plaintiff be denied leave to proceed IFP and be required to pay the court costs by monthly installments to proceed with this case. (ECF No. 5.) Plaintiff has filed a further renewed motion to proceed IFP indicating plaintiff became unemployed as of December 10, 2025, which the undersigned construes as additionally containing objections to the pending findings and recommendations. (ECF No. 6.) Good cause appearing, plaintiff's further renewed request to proceed IFP will be granted and the undersigned will vacate the pending findings and recommendations. The court will screen plaintiff's complaint in due course.[1]

---

[1] Pursuant to 28 U.S.C. § 1915(e), the court must screen every in forma pauperis proceeding, and must order dismissal of the case if it is "frivolous or malicious," "fails to state a claim on which relief may be granted," or "seeks monetary relief against a defendant who is immune from such relief." 28 U.S.C. § 1915(e)(2)(B); Lopez v. Smith, 203 F.3d 1122, 1126-27 (2000) (en banc).

1

In accordance with the above, IT IS ORDERED as follows:

1.    The findings and recommendations filed on December 16, 2025 (ECF No. 5) are VACATED;

2.    Plaintiff's motion to proceed in forma pauperis filed on December 11, 2025 (ECF Nos. 4) is DENIED without prejudice; and

3.    Plaintiff's motion to proceed in forma pauperis filed on December 29, 2025 (ECF No. 6) is GRANTED; the court will screen plaintiff's complaint in due course.

Dated:  January 15, 2026

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8.sess25cv2936.vac.ifpfr

2